IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  NO.97-CR-30089-WDS |
| | ) |
| DERRICK MITCHELL, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This matter is before the Court for docket control. The defendant filed a motion to vacate sentence (Doc. 760), which is, in essence, a collateral attach on his sentence. No matter what the title, if the motion is actually on which seeks review of the sentence, it must be filed as a habeas action pursuant to 28 U.S.C. § 2255. The defendant filed this motion after his second or successive habeas petition had been denied by the Seventh Circuit. *Mitchell v. United States*, 02-CV-906-WDS (*See,* Doc. 34). In light of the fact that this motion seeks review of his sentence, and he has not received leave to file a second or successive petition, the motion to vacate is **DISMISSED**. *See, Nunez v. United States*, 96 F.3d 990 (7th Cir. 1996).

**IT IS SO ORDERED**

**DATE:  17 November, 2010**

   s/ WILLIAM D. STIEHL
   DISTRICT JUDGE